# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>VANTAGGIO FARMING CORPORATION, a California corporation,<br><br>    Defendant. | No. 1:17-CV-00714-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 14) |

On March 21, 2018, the parties filed a Joint Stipulation to dismiss the action with prejudice, with each party to bear its own costs and attorney's fees. (Doc. 14.) Based on the parties' Stipulation, this action has been dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and each party shall bear its own costs and attorney's fees. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **March 22, 2018**             /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE